Snare & Triest Company and to strike out costs in favor of the plaintiff against the Steel and Masonry Contracting Company granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion for costs granted as stated in opinion. Order to be settled on notice.

---

In the Matter of the Accounting of AUSTIN B. FLETCHER, as Testamentary Trustee, etc.

*Appeal — default in serving printed record — power of surrogate to excuse.*

Motion to dismiss appeal.

PER CURIAM: The surrogate has no authority to open a default in serving printed papers on appeal to this court. The question whether the default is to be enforced and whether appellant is to be given more time to file and serve printed papers and perfect the appeal is for this court. As no reason is given why the printed papers were not filed, the motion to dismiss the appeal is granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

---

In the Matter of the Accounting of AUSTIN B. FLETCHER, as Testamentary Trustee, etc.

*Appeal — failure to file papers.*

Motion to dismiss appeal.

PER CURIAM: No undertaking having been given by appellant, the appeal was not effective under section 2577 of the Code of Civil Procedure. Appellant was also in default for failing to file or serve papers upon which appeal was based. The answer is that the attorneys were acting under the advice and direction of a Philadelphia lawyer, and motion was made before the surrogate to open the default. The surrogate has no authority over default in filing of papers on appeal to this court, and no excuse having been given for failure to file the printed papers on appeal the motion is granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

---

In the Matter of Edward W. Norris.— Report approved and proceeding dismissed. Order to be settled on notice.

Max Keve v. Columbia Kid Hair Curlers Manufacturing Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Keve v. Columbia Kid Hair Curlers Manufacturing Company.— Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Milton J. Gordon v. Harstn & Company and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.